**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**BIG STONE GAP DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **Case No. 2:19-CR-00006** |
| | : | **Case No. 2:19-CR-00010** |
| **TRAVIS LEE PENNINGTON** | : | |
| **OMAR KAREEM BANKS** | : | |
| **SHAWN BRANDON BARNES** | : | |
| **JEFFREY WAYNE CAUDILL a/k/a** | : | |
| **“Sam”** | : | |
| **JAMIE LEE CHRISTIAN** | : | |
| **CARL LEE DA VIS, JR.** | : | |
| **JOSEPH WAYNE FLANNERY a/k/a** | : | |
| **“Cracker”** | : | |
| **JONATHAN EARL FUNK a/k/a “Jon”** | : | |
| **BRANDY SUE HAMILTON** | : | |
| **LEWIS WESLEY HICKMAN III** | : | |
| **JOSEPH ANDREW HOBBS** | : | |
| **JAMES MORRISON JOHNSON a/k/a** | : | |
| **“Stix”** | : | |
| **JEREMY DAVID MALLORY** | : | |
| **TONY LYNN MCCLELLAN** | ; | |
| **SAMMY CURTIS MCMAHAN** | : | |
| **SUSAN ADRIANNA MULLINS** | : | |
| **MISTY NELMS** | : | |
| **DAVID STONE RINGLEY a/k/a “Spike”** | : | |
| **JIMMY MICHAEL SHUPE a/k/a** | : | |
| **“Booger”** | ; | |
| **TRAVIS RYAN SKAGGS** | : | |
| **JOSHUA BARRETT SUTHERLAND** | : | |
| **a/k/a “Bacon”** | : | |
| | : | |
| | : | |
| | : | |

**NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY**

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States hereby provides notice of its intent to elicit expert testimony from Special Agent Stephen Levesque in this case. Special Agent Levesque is employed with the Bureau of Alcohol, Tobacco, Firearms, and

Explosives (ATF) in Bristol, Virginia. He will testify based on his education, training, and experience as a special agent conducting criminal investigations related to firearms and ammunitions with the ATF.

In connection with this case, Special Agent Levesque prepared three reports, and they are attached as exhibits to this filing: Exhibit 1 is a February 6, 2019 Report identified as Report No. 7 for Investigation No. 768010-19-0010; Exhibit 2 is a May 6, 2019 Report identified as Report No. 39 for Investigation No. 768010-19-0010 (attached as Exhibit 2); and Exhibit 3 is a second May 6, 2019 Report identified as Report No. 4 for Investigation No. 768010-19-0015. Special Agent Levesque will testify in accordance with the Reports as to the results of his examination of seven different firearms. He will testify that the firearms identified in the Reports[1] were not manufactured in Virginia; and he will opine that if the firearms were possessed in Virginia, then they traveled in or affected interstate commerce. Special Agent Levesque's opinion and analysis are set forth more specifically in the Reports.

Special Agent Levesque is further expected to testify that he applied his knowledge, skill, experience, training, and education to reach the opinions stated in the Reports. A copy of his statement of qualifications is included with each of the Reports; and his notes and working

[1]A Taurus International, Model PT145 PRO, .45 caliber pistol, Serial No. NCV00474 (identified as Ex. 1 in the Feb. 6, 2019 Report); a Ruger, Model LCP, .380 caliber pistol with no serial number (identified as Ex. 2 in the Feb. 6, 2019 Report); a Taurus International, Model PT111 Millennium, 9mm pistol, Serial No. TSI11364 (identified as Ex. 3 in the Feb. 6, 2019 Report); a Smith & Wesson, Model M&P 15-22, .22 caliber rifle with an obliterated serial number (identified as Ex. 1 in the May 6, 2019 Report); a Leinad, Inc. pistol, Serial No. M00016015 (identified as Ex. 2 in the May 6, 2019 Report); a HiPoint, Model CF380, .380 caliber pistol, Serial No. P8023033 (identified as Ex. 1 in the second May 6, 2019 Report); and a Keltec, CNC Industries, Model P32, .32 caliber pistol, Serial No. CDY00 (identified as Ex. 2 in the second May 6, 2019 Report).

papers concerning the findings in the Reports (to the extent any exist) are available for your examination and copying upon request.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

s/ Jonathan Jones
Jonathan Jones

s/Anthony P. Giorno
Anthony P. Giorno
Assistant United States Attorneys
United States Attorney's Office
310 1st Street SW, Suite 906
Roanoke, VA 24011
(540) 857-2250
jonathan.jones2@usdoj.gov
anthony.giorno@usdoj.gov

s/Lena Busscher
Lena Busscher
Assistant United States Attorney
United States Attorney's Office
180 West Main Street
Abingdon, Virginia 24210
(276) 628-4161
lena.busscher@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2019, I caused to be electronically filed the foregoing NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

s/ Jonathan Jones
Assistant United States Attorney