U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
| --- | --- | --- |
| PENNINGTON, Travis | 768010-19-0010 | 7 |

## SUMMARY OF EVENT:

On February 6, 2019, Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Stephen Levesque examined firearms for purposes of determining classification under Title 18 U.S.C., Chapter 44 and whether they have moved in interstate or foreign commerce.

## NARRATIVE:

1. On February 6, 2019, ATF SA Levesque examined the following firearms, which include but are not limited to the Manufacturer, Model, Caliber/Gauge and Serial Number. The firearms are described as follows:

   - Exhibit 1: Taurus International, model PT145 PRO, .45 caliber pistol, SN: NCV00474.
   - Exhibit 2: Ruger, model LCP, .380 caliber pistol, SN: None.
   - Exhibit 3: Taurus International, model PT111 Millennium, 9mm pistol, SN: TSI11364.

2. In addition to the physical examination, the firearms were researched by referencing the Bureau of Alcohol, Tobacco, Firearms, & Explosives list of firearm manufacturers and other industry related reference material which is widely known and used by both law enforcement and civilian firearms experts to obtain information about firearms and their respective manufacturers, including a firearm's place of manufacture and other matters of interest related to firearms. These references are routinely relied upon to determine the place of manufacture of firearms.

## CONCLUSION(S):

1. Exhibit 1 is a firearm as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3) and was not manufactured in the State of Virginia.

2. Exhibit 2 is a firearm as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3) and was not manufactured in the State of Virginia.

| Prepared by: | Title: | Signature: | Date: |
| --- | --- | --- | --- |
| Stephen H. Levesque | Special Agent, Bristol Field Office | Steph [signature] | 2/6/19 |
| Authorized by: Jonathan A. Tabor | Title: Resident Agent in Charge, Bristol Field Office | Signature: | Date: |
| Second level reviewer (optional): Ashan M. Benedict | Title: Special Agent in Charge , Washington Field Division | Signature: | Date: |



ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: PENNINGTON, Travis | Investigation Number: 768010-19-0010 | Report Number: 7 |
|---|---|---|

3. Exhibit 3 is a firearm as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3) and was not manufactured in the State of Virginia.

**OPINION:**

It is the opinion of SA Levesque that if these firearms were received and/or possessed in the State of Virginia, they traveled in or affected interstate and/or foreign commerce.

**ATTACHMENT:**

Statement of Qualification

# STATEMENT OF QUALIFICATIONS

Stephen H. Levesque, Special Agent,
Bureau of Alcohol, Tobacco, Firearms and Explosives
Bristol, Virginia

I, Stephen H. Levesque, hereby declare and state:

1. That I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and its predecessor, and have been so employed since April 2007. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, and certifications. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2. That during the course of my duties, I have examined firearms and ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to the National Firearms Act.

3. That I have contacted the ATF National Tracing Center on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous Federal, state and local law enforcement agencies with firearm traces.

4. That I have received formal training for law enforcement personnel in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture. This training includes, but is not limited to the following:

   Newport News Police Department Police Academy, Newport News, Virginia
   Criminal Investigator Training Program, Federal Law Enforcement Training Center, Glynco, GA
   Special Agent Basic Training, ATF National Academy, Glynco, Georgia
   Firearms Interstate Nexus Training, ATF Firearms Technology Branch, Martinsburg, W.V.

5. During the training at the Firearms Interstate Nexus Training Course in Martinsburg, W.V., I personally examined the ATF Firearms Technology Branch's Reference Collection, which includes approximately 5,000 firearms.

6. That I maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as, common firearms proof marks utilized by numerous foreign countries.

7. That my expertise relative to the various disciplines of firearms and ammunition to include interstate nexus has been requested and recognized by the following agencies:

   Bureau of Alcohol, Tobacco, Firearms and Explosives

8. That I have also accumulated a personal reference library of firearms and ammunition related publications such as:

   *Cartridges of the World*
   *Gun Digest*
   *Flayderman's Guide to Antique American Firearms*
   *Blue Book of Gun Value*
   *The Standard Directory of Proof Marks*
   *The Gun Digest Book of Modern Gun Values*
   *Firearms: Curios or Relics List*

Stephen H. Levesque
Special Agent